UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
CASE NO.: 12-cv-20706-KMM

JENNY FLEITAS-PEREZ,
and other similarly-situated individuals,

    Plaintiff,

v.

COSTA FARMS, LLC, JOSE I SMITH,
individually, and JOSE A COSTA, III, individually,

    Defendant.

_____/

### PLAINTIFF'S STATEMENT OF CLAIM

Pursuant to the Honorable Court's order to Plaintiffs to file Notice of Court Practice in FLSA Cases, Plaintiff files this Plaintiff's Statement of Claim. As grounds, the Plaintiff states: Plaintiff's good faith estimate of unpaid wages is as follows:

    a. <u>Total amount of alleged unpaid Overtime wages</u>:

$49,968.00 (Liquidated)

    b. <u>Calculation of such wages</u>:

Plaintiff was paid $23.13 an hour throughout her employment with Defendant from February 2011 until January 6, 2012 but was not properly compensated for the hours that she worked per week. Plaintiff seeks to recover for unpaid overtime wages accumulated from February 2011 until January 6, 2012 which totals no less than 48 weeks. Plaintiff is owed $24,984.00 ($34.70 x 15 hrs.) of unpaid overtime wages for approximately 48 weeks plus attorneys' fees and costs.

c Nature of wages (e.g. overtime or straight time):

This amount represents unpaid over-time wages and liquidated damages.

Dated this _____ day of March, 2012

Respectfully submitted,

**REMER & GEORGES-PIERRE, PLLC**
11900 Biscayne Boulevard
Suite 288
Miami, Florida 33181
Tel. (305) 416-5000
Fax: (305) 416-5005

By: _____ FOR:
Anthony M. Georges-Pierre, Esq
Florida Bar No.: 0533637

## CERTIFICATE OF SERVICE

I hereby certify that on March 8, 2012, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

By: /s/ _____

Anthony M. Georges-Pierre, Esq.
Florida Bar No.: 0533637

## SERVICE LIST

**Anthony M. Georges-Pierre**
Remer & Georges-Pierre PLLC
11900 Biscayne Boulevard
Suite 288
North Miami, FL 33181
305-416-5000
Fax: 305-416-5005
Email: agp@rgpattorneys.com

ARIANNA C. ARANA Registered Agent
for **COSTA FARMS, INC.**
22290 SW 162 AVE
MIAMI, FL 331 70