UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.:12-cv-20706-KMM

JENNY FLEITAS-PEREZ,
and other similarly-situated individuals,

    Plaintiff,

vs.

COSTA FARMS, LLC, JOSE I. SMITH,
Individually, and JOSE A COSTA, III, individually,

    Defendant.
_____/

## PLAINTIFF'S STATEMENT OF CLAIM

Pursuant to the Honorable Court's order to Plaintiff to file Notice of Court Practice in FLSA Cases, Plaintiff files this Plaintiff's Statement of Claim. As grounds, the Plaintiff's state: Plaintiff's good faith estimate of unpaid wages is as follows:

    a. Total amount of alleged unpaid Overtime wages:

$ 49,968.00 (Liquidated)

    b. Calculation of such wages:

Plaintiff was paid approximately $23.13 an hour throughout her employment with Defendant from February 2011 until January 6, 2012 but was not properly compensated for the hours that she worked per week. Plaintiff seeks to recover for unpaid overtime wages accumulated from February 2011 until January 6, 2012 which totals no less than 48 weeks. Plaintiff is owed $24,984.00 ($34.70 x 15 hours of overtime a week) of unpaid overtime wages for approximately 48 weeks plus attorneys' fees and costs.

c. Nature of wages (e.g. overtime or straight time):

This amount represents unpaid straight time and overtime wages and liquidated damages.

d. Attorneys' Fees

To date, Plaintiff's attorneys' fees to date include three hours at $400 an hour – total fees due and owing to date: $1,200.00.

e. Calculation Chart

| OVERTIME RATE | OVERTIME HOURS WORKED | OT RATE X OT HOURS WORKED | WEEKS WORKED AND NOT PAID OT | TOTAL UNPAID WAGES |
|---|---|---|---|---|
| $34.70 ($23.13 + $11.57) | 15 HOURS | $520.50 | 48 WEEKS | $24,984.00 |

WHEREFORE, based on the foregoing, the Plaintiff files Statement of Claim

Dated this 13th day of March, 2012

Respectfully submitted,

REMER & GEORGES-PIERRE, PLLC

11900 Biscayne Boulevard
Suite 288
Miami, FL 33181
Phone: (305) 416-5000
Fax:    (305) 416-5005

By: _____ For,
Anthony M. Georges-Pierre, Esq.
FBN: 0533637

## CERTIFICATE OF SERVICE

I hereby certify that on March 13, 2012, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

By: /s/ Anthony M. Georges-Pierre, Esq.

## SERVICE LIST

Anthony M. Georges-Pierre, Esquire
**REMER & GEORGES-PIERRE, PLLC**
*Attorney for Plaintiff*
11900 Biscayne Boulevard
Suite 288
North Miami, Florida 33181
E-Mail: agp@rgpattorneys.com
Telephone: (305) 416-5000
Facsimile: (305) 416-5005

John David Kallen
**John D. Kallen, P.A.**
17071 W Dixie Highway
North Miami Beach, FL 33160
E-mail: jdklaw1@aol.com
Telephone: (305) 956-5775
Facsimile: (305) 944-8780