UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.:12-cv-20706-KMM

JENNY FLEITAS-PEREZ,
And other similarly situated individuals,

    Plaintiff(s),

vs.

COSTA FARMS, LLC, JOSE I SMITH,
individually, and JOSE A. COSTA, III, individually

    Defendant.
_____/

## PLAINTIFF'S AMENDED STATEMENT OF CLAIM

Pursuant to the Honorable Court's order to Plaintiff to file Notice of Court Practice in FLSA Cases, Plaintiff files this Plaintiff's Statement of Claim. As grounds, the Plaintiff's state: Plaintiff's good faith estimate of unpaid wages is as follows:

    a. Total amount of alleged unpaid Overtime wages:

$ 15,721.60 (Liquidated)

    b. Calculation of such wages:

Plaintiff was paid a weekly salary of $925.00, approximately $23.13 an hour, from February 2011 through January 2012 but was not properly compensated for overtime wages for the hours that she worked in excess of 40 hours per week. Plaintiff seeks to recover for unpaid overtime wages accumulated from February 2011 through January 2012 which totals no less than 48 weeks. Plaintiff is owed $11.56 an hour of halftime overtime for approximately 20 hours total of unpaid overtime during peak season totaling

$231.20 a week for approximately 20 weeks and attorneys' fees and costs. Plaintiff is owed $11.56 an hour of halftime overtime for approximately 10 hours total of unpaid overtime during non-peak season totaling $115.60 a week for approximately 28 weeks and attorneys' fees and costs

c. Nature of wages (e.g. overtime or straight time):

This amount represents unpaid halftime overtime wages and liquidated damages.

d. Attorneys' Fees

To date, Plaintiff's attorneys' fees to date include four (4) hours at $400 an hour; filing fee $350.00; process server fee $105.00 – total fees and costs due and owing to date: $2,055.00

e. Calculation Chart

| OVERTIME RATE | OVERTIME HOURS WORKED | OT RATE X OT HOURS WORKED | WEEKS WORKED AND NOT PAID OT | TOTAL UNPAID WAGES |
|---|---|---|---|---|
| $11.56 ($23.13 x ½) | 20 HOURS | $231.20 | 20 WEEKS | $4,624.00 |

| OVERTIME RATE | OVERTIME HOURS WORKED | OT RATE X OT HOURS WORKED | WEEKS WORKED AND NOT PAID OT | TOTAL UNPAID WAGES |
|---|---|---|---|---|
| $11.56 ($23.13 x ½) | 10 HOURS | $115.60 | 28 WEEKS | $3,236.80 |

WHEREFORE, based on the foregoing, the Plaintiff files this Amended Statement of Claim.

Dated: March 16, 2012

                                            Respectfully submitted,

                                            REMER & GEORGES-PIERRE, PLLC

                                            11900 Biscayne Boulevard
                                            Suite 288
                                            Miami, FL 33181
                                            Phone: (305) 416-5000
                                            Fax:   (305) 416-5005

                                            By: _____ For.
                                            Anthony M. Georges-Pierre, Esq.
                                            FBN: 0533637

## CERTIFICATE OF SERVICE

I hereby certify that on March 16, 2012, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

By: *[signature]* For,
Anthony M. Georges-Pierre, Esq.

## SERVICE LIST

Anthony M. Georges-Pierre, Esquire
**REMER & GEORGES-PIERRE, PLLC**
*Attorney for Plaintiff*
11900 Biscayne Boulevard
Suite 288
North Miami, Florida 33181
E-Mail: agp@rgpattorneys.com
Telephone: (305) 416-5000
Facsimile : (305) 416-5005

John David Kallen
**John D. Kallen, P.A.**
17071 W Dixie Highway
North Miami Beach, FL 33160
E-mail: jdklaw1@aol.com
Telephone: (305) 956-5775
Facsimile : (305) 944-8780